UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN TOVAR DELEON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:22-cv-00591-AWI-CDB (SS)<br><br>ORDER GRANTING STIPULATED EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 15) |

On September 21, 2022, Plaintiff filed a Notice of 30-day Permitted Extension of time which moved the date to file a Motion for Summary Judgment from October 3, 2022, to November 2, 2022. (ECF No. 13).

On October 24, 2022, the parties submitted a Stipulation and Proposed Order for Extension of Time. (ECF No. 15). The parties' stipulation requests the Court to extend Plaintiff's date to file a Motion for Summary Judgment from November 2, 2022, to January 3, 2023, a 60-day extension.

For the reasons set forth in the stipulation, the Court finds good cause to grant Plaintiff's requested extension.

///

///

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED:

1. Plaintiff Juan Tovar Deleon's deadline to file a Motion for Summary Judgment shall be extended to **January 3, 2023**.

IT IS SO ORDERED.

Dated:   **October 26, 2022**

UNITED STATES MAGISTRATE JUDGE