# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN TOVAR DELEON,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. 1:22-cv-00591-AWI-CDB<br><br>**ORDER REASSIGNING THE ACTION**<br><br>**New Case No. 1:22-cv-00591-CDB** |

All parties have indicated their consent to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).  (Docs. 10, 19.)

Accordingly, this Court **REASSIGNS** the action to United States Magistrate Judge Christopher D. Baker for all further proceedings.  All further papers filed in this action shall bear the new case number: **1:22-cv-00591-CDB**.

IT IS SO ORDERED.

Dated:   February 23, 2023                                                      _____
                                                                                                 SENIOR DISTRICT JUDGE